IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| QUEEN BELINDA ANNA HORTON-STEVENSON ) ) ) Plaintiff, ) ) vs. ) ) UNITED STATES OF AMERICA, ) STATE OF IOWA, et. al. ) ) Defendants. ) | MC05-041MWB JUDGMENT IN A CIVIL CASE |

This matter came before the Court and

**IT IS ORDERED AND ADJUDGED,**

THAT plaintiff take nothing and that this action is dismissed without prejudice.

PRIDGEN J. WATKINS
Clerk

S/src
(By) Deputy Clerk

4/26/05
Date

66/46

